UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER CASAREZ,

Plaintiff,

v.

A. RAYA, *et al.*,

Defendants.

Case No. 2:26-cv-3627-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding with counsel, has filed a section 1983 complaint alleging violations of his First and Eighth Amendment rights. I have screened the complaint pursuant to 28 U.S.C. § 1915A(a) and find that all three claims therein: (1) a claim for excessive force under the Eighth Amendment; (2) a claim for inadequate medical care under the Eighth Amendment; and (3) a First Amendment retaliation claim, are suitable to proceed against all named defendants.

Accordingly, it is ORDERED that:

1. The Clerk of Court shall issue summons for the defendants.

2. Plaintiff is directed to serve all defendants within ninety days of this order's entry.

3. Failure to do so may result in a recommendation that any unserved defendants be dismissed without prejudice for failure to timely effect services of process.

IT IS SO ORDERED.

Dated: November 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE